IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY J. STEVENSON,

    Plaintiff,

  v.

JO ANNE B. BARNHART,

    Defendant.
                                                 /

No. C 06-05422 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On December 26, 2006, Defendant filed a motion to dismiss and noticed it for hearing on February 2, 2007. It is HEREBY ORDERED that Plaintiff's opposition shall be due on January 12, 2007. Defendant's reply shall be filed on January 19, 2007. If the parties wish to modify this briefing schedule, they shall submit a stipulation setting forth good cause for any such request. Unless the Court determines that the matter is suitable for disposition without oral argument, the hearing on February 2, 2007 remains on calendar.

    **IT IS SO ORDERED.**

Dated: January 3, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE