IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY J. STEVENSON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

No. C 06-05422 JSW

**ORDER RE DEFENDANT'S REPLY BRIEF**

On December 26, 2006, Defendant filed a motion to dismiss and noticed it for hearing on February 2, 2007. Plaintiff subsequently filed an amended complaint, which rendered moot the motion to dismiss and, accordingly, the Court took the matter off calendar. Defendant has now filed a reply brief in support of their original motion, in which she requests that the February 2, 2007 hearing be vacated. That request is, therefore, DENIED AS MOOT.

Defendant also requests that the Court grant her 30 days to respond to the amended complaint, which was filed on January 9, 2007. The Court DENIES WITHOUT PREJUDICE that request. Defendant may either renew her request by way of a stipulation with Plaintiff or by way of a properly filed motion for administrative relief pursuant to the Northern District Local Rules, so that Plaintiff may have an adequate opportunity to set forth her position on

//
//
//
//

1 | Defendant's request for additional time.

2 | **IT IS SO ORDERED.**

3 | Dated: January 22, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2