IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY J. STEVENSON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.
_____/

No. C 06-05422 JSW

**ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

On April 3, 2007, Plaintiff filed a motion to compel documents. Pursuant to this Court's Standing Orders, this Court requires a joint four (4) page letter brief regarding discovery disputes and does not permit motions to compel. *See* Civil Standing Orders ¶ 7. However, it appears that Plaintiff bases her request for discovery on the grounds that it is needed to respond to Defendant's motion to dismiss, presently set for hearing on April 27, 2007. Accordingly, Defendant is HEREBY ORDERED to submit a response to the motion to compel by no later than April 16, 2007. No reply to the motion to compel shall be permitted unless ordered by the Court. The Court shall address the request for discovery at the hearing on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 10, 2007

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE