IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY J. STEVENSON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

No. C 06-05422 JSW

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR ASSIGNMENT OF DISCOVERY DISPUTE TO MAGISTRATE**

    The Court has received Plaintiff's request to refer the outstanding discovery dispute in this matter to a magistrate judge. This case is currently set for hearing on a motion to dismiss on April 27, 2007. Also pending is Plaintiff's motion to compel discovery, which the Court indicated it would address at the hearing on the motion to dismiss. The Court wishes to hear argument from the parties on the relevance of the discovery to the question of jurisdiction at that hearing. Accordingly, Plaintiff's request is DENIED WITHOUT PREJUDICE. If the Court believes it is appropriate to refer the discovery dispute to a Magistrate Judge following the hearing, the Court will so advise the parties.

    In the request to refer discovery to a Magistrate Judge, Plaintiff also requests a stay of these proceedings pending resolution of the discovery dispute. The Court also DENIES WITHOUT PREJUDICE that request pending argument on the question of the necessity of the

//

//

//

1  discovery to the question of jurisdiction.

2  **IT IS SO ORDERED.**

4  Dated: April 20, 2007

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE