IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY J. STEVENSON,

    Plaintiff,

  v.

JO ANNE B. BARNHART,

    Defendant.
_____/

No. C 06-05422 JSW

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

    On May 9, 2007, Plaintiff filed a motion to alter or amend judgment, without noticing that motion for a hearing. Accordingly, the hearing on Plaintiff's motion is set for **Friday, June 29, 2007 at 9:00 a.m.** Defendant's opposition brief is due on June 1, 2007, and Plaintiff's reply is due on June 8, 2007.

    **IT IS SO ORDERED.**

Dated: May 16, 2007

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE