IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY J. STEVENSON,

    Plaintiff,

  v.

JO ANNE B. BARNHART,

    Defendant.

_____/

No. C 06-05422 JSW

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

On July 23, 2007, Plaintiff filed a notice of appeal and an application to proceed *in forma pauperis* on appeal. Plaintiff's application is GRANTED.

**IT IS SO ORDERED.**

Dated: July 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE